# Exhibit B

# LAW OFFICES OF J. HENRY NIERMAN

39 West 29th Street, Suite 612
New York, NY 10001
Local: (646) 863-9783 * Fax: (646) 810-5781
http://www.RecoveryOfJudgment.com * Support@RecoveryOfJudgment.com

December 10, 2016

Shaul Levy
5757 COLLINS AVE APT 1706,
MIAMI BEACH, FL 33140

Re: Matt Morrison V. Shaul Levy
CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF NEW YORK
Index/Case #056136/2010
Judgment Entered on 3/11/2010 in the Current Amount of $13,990.08

Dear Mr./Mrs. Levy,

Enclosed herein please find a subpoena *duces tecum* directing you to appear for a post-judgment deposition on **December 26, 2016 at 10:00AM** and turn over your financial information. These financial documents include tax returns, bank statements and other documents as detailed therein.

Please take notice, that failure to comply with a properly issued subpoena entitles the creditor to move the Court to impose sanctions on the debtor and request <u>additional fines and/or imprisonment</u>.

If you wish to discuss this matter prior to your scheduled return date you may feel free to contact me at the above listed number.

Very truly yours,

*Joseph N*

Joseph Nierman
Legal Counsel