# Exhibit D

# Recovery of Judgment
## No recovery, No fee.

Home  Judgment Enforcement  Debt Collection  FAQs  About Us  Contact Us

Client Portal

Utilizing an **advanced** and **effective** strategy in judgment recovery!

Take a look at how the strongest judgment recovery agency can help you.

Have you obtained a judgment and had difficulty collecting your money? We can help! We find their property. We collect. We send you a check. It will cost you nothing. Zero!

We do not waste time urging the judgment debtor to pay money that they have refused to pay for years. Rather, we aggressively use every weapon provided by law to seize their assets and deliver that money where it belongs: your wallet!

At Recovery of Judgment we treat our clients with courtesy and respect. Our years of experience, expertise and integrity ensure that Recovery Of Judgment will maximize your chances of recovery.

We provide quality judgment enforcement and debt collection. All recovery and enforcement procedures are handled in-house with staffed investigators, attorneys, and professional asset skip-tracers.

## How may we help you recover **your money**?

Full Name

Email Address

Phone Number

Message

Submit your judgment for a free evaluation

Send

## Here is what our customers had to say...

"I am very happy with the results achieved by Recovery of Judgment. I had a judgment which I thought was unenforceable. It had been languishing for years. Recovery of Judgment contacted me, vigorously pursued the debtor and forwarded almost $10,000 to me. I could not have asked for more. As a retired California Attorney, I truly appreciate the skill and commitment of this company. Thank you."

- Julie M.

## Frequently Asked Questions

How do I know that you will pay me the right amount?
Can you guarantee that you will collect the money?
Are you providing clients with legal services?
How do you do debt collection?
Is it hard to place an account into collections?

▶ Read answers to these questions and more

---

### Home
Judgment Enforcement
Debt Collection
FAQs
About Us
Contact Us

### Contact
Email: support@recoveryofjudgment.com
Office: 646.863.9783
Fax: 646.810.5781



### Office
39 West 29th Street #612
New York, NY 10001

### Hours
Sunday - Friday: 8am - 5pm
Saturday: Closed

 

Nothing on this site constitutes legal advice. We are not a law firm. We do not repair your credit for you. This is a self help educational program only. By visiting this website, you agree to our terms.

Copyright © 2017 Recovery of Judgment. All rights reserved.    Disclaimer    Terms    Privacy

# Recovery of Judgment
### No recovery, No fee.

Home  Judgment Enforcement  Debt Collection  FAQs  About Us  Contact Us

**Client Portal**

Utilizing an *advanced* and *effective* strategy in judgment recovery!

Submit your judgment for a free evaluation

Check the status of a judgment recovery case

Pay your judgment now

## Post-Judgment **Interest** Calculator

Judgment Amount  $

Date Awarded  mm/dd/yyyy

Jurisdiction  ▼

Interest Override  %

**Calculate**

## Judgment Enforcement and Collection

Have you obtained a judgment and had difficulty collecting your money? We can help!

We advance all costs and expenses incurred in the service of papers, examinations, subpoenas, court reporters and legal fees.

Most judgment creditors are forced to handle post-judgment recovery themselves. Courts provide little help with the complicated process of collecting money judgments. Trained professionals are capable of overcoming the many hurdles involved in judgment enforcement: researching and investigating debtor assets; court filings; issuing executions; extensive legwork; and keeping track of the timetables of the court.

We will relieve you of the hassle and frustration of dealing with the debtor and the courts! Recovery of Judgment investigates each debtor individually and develops an enforcement strategy for the most efficient action to enforce each judgment. Best of all, we only get paid when the debtor has paid!

Recovery Of Judgment has access to databases that fewer than 1% of all collection companies are permitted to access. These specialized databases enable us to find your debtor and any monetary assets he/she may be hiding to avoid or hinder any collection on the judgment. We are proud of our ability to quickly locate debtor assets that few companies can match.

Additionally, Recovery of Judgment provides a team of highly trained professionals with experience in skip tracing, asset search, process service and an attorney with experience in the post-judgment proceedings, at no cost to you!

We levy bank accounts, seize vehicles for auction and garnish wages as permitted by law. All this will be done without you as plaintiff/creditor ever having to confront the debtor/defendant again.

Perhaps most importantly, our customer service is unparalleled. We recognize that this has likely been a frustrating process for you and that an important part of our

### Since 2000, we have enforced money judgments for:

- Law firms and attorneys
- Real estate companies
- Businesses
- Individuals

### We can enforce your judgment! Recovery of Judgment specializes in:

- Turning your paper (judgment) into cash!
- Domesticating judgments: moving the court judgment to the state, where the debtor currently lives or has a business.
- Fraudulent conveyance/transfer: discovering assets, which were transferred to another person or company to avoid paying a judgment.
- Finding debtors and their assets.

function is to provide peace of mind. Feel free to call for a free consultation or, if we are handling your case already, just to get a status update. Recovery Of Judgment.s staff is here to assist you and during normal business hours we are always just a quick toll free call away!

### Home
Judgment Enforcement
Debt Collection
FAQs
About Us
Contact Us

### Contact
Email: support@recoveryofjudgment.com
Office: 646.863.9783
Fax: 646.810.5781

  

### Office
39 West 29th Street #612
New York, NY 10001

### Hours
Sunday - Friday: 8am - 5pm
Saturday: Closed

Nothing on this site constitutes legal advice. We are not a law firm. We do not repair your credit for you. This is a self help educational program only. By visiting this website, you agree to our terms.

Copyright © 2017 Recovery of Judgment. All rights reserved.　　Disclaimer　　Terms　　Privacy

 

# Recovery of Judgment
No recovery, No fee.

Home | Judgment Enforcement | **Debt Collection** | FAQs | About Us | Contact Us

Client Portal

Call us
**646.863.9783**

Submit a debt collection case

Check the status of a debt collection case

Pay your debt now

## How may we help?

Full Name

Email Address

Phone Number

Message

Submit your judgment for a free evaluation

Send

## Debt Collection Services

Recovery of Judgment is your one stop shop when it comes to collecting an unpaid debt. Our collection agency specialists have been in the business long enough to know exactly which methods work, and which are a waste of time an recourses. Every successful debt recovery is another proud notch in our belts, and we make sure to collect by any means possible. We make sure to stay up to date with any and every technique in the business to ensure that our customers have the absolute highest chance to have their debt paid. We apply only the most advanced strategies with the highest proven success rates.

Don't take your unpaid debt lightly. Hiring a professional team of collectors can be one of the smartest financial moves you can make. If you are owed money, you deserve to get it. Here, at Recovery of Judgment, we know exactly how it feels to not get the money we're owed, this is why we go above and beyond the standards when it comes to our debt collecting efforts.

We get to the very root of your debt collection problem. Our proven solutions are the reason we have customers coming back for more. From big corporations with millions of dollars of uncollected payments, to something as simple as small claims debt, Recovery of Judgment takes on any job, big or small.

How confident are we in our debt collecting skills? So confident that we're going to offer our services to you free of charge. That's right! We'll gladly do to work, and we won't take a penny until your money has been collected. Our knowledgeable representatives are standing by to answer any inquiries about our services, so be sure to give us a call or e-mail!

## "We GUARANTEE to COLLECT your PAST DUE accounts or our service is FREE"

- Experienced, persistent, professional bill collectors handle your accounts.
- Free skip tracing - we find "them" when you can't.
- Reporting of delinquent, past due accounts to consumer and commercial credit bureaus.
- We can handle small and large volumes of past due accounts.
- Place past due accounts electronically.
- Our world wide network of debt recovery attorneys available to you.

---

**Home**
Judgment Enforcement
Debt Collection
FAQs
About Us
Contact Us

**Contact**
Email: support@recoveryofjudgment.com
Office: 646.863.9783
Fax: 646.810.5781

**Office**
39 West 29th Street #612
New York, NY 10001

**Hours**
Sunday - Friday: 8am - 5pm
Saturday: Closed

Nothing on this site constitutes legal advice. We are not a law firm. We do not repair your credit for you. This is a self help educational program only. By visiting this website, you agree to our terms.

Copyright © 2017 Recovery of Judgment. All rights reserved. Disclaimer  Terms  Privacy




Home   Judgment Enforcement   Debt Collection   **FAQs**   About Us   Contact Us

Client Portal

Call us
**646.863.9783**

# Frequently Asked Questions

## How much will it cost me, really?

It will cost you nothing. Zero! We advance all costs. We work with attorneys at no cost to you. We spend the money and the time. If we don't collect, it still costs you nothing.

## What is 'domestication'?

Judgment Domestication is the legal proceeding to move a judgment from the state where it originated to the state where the debtor lives or has a business. After this process the judgment can be enforced as a 'foreign judgment' or 'sister-state-judgment' entered in the local state.

## I thought my judgment was a court order! Isn't the debtor breaking the law by not paying?

Unfortunately, it is not against the law to owe money. There is no debtor's prison anymore. As a practical matter, if your debtor were in jail, it would be difficult to collect your judgment. You want the debtor working and making money, so that he/she is developing assets that can be executed upon.

## Are you a collection agency?

Yes. We are a licensed debt collection agency; however, we handle our judgment clients differently than our debt collection clients. Collection agencies process debt in bulk. They typically send out demand letters and call debtors to try to get them to pay.

The law permits us to act far more aggressively with our judgment clients. It starts with an assignment on your judgment to Recovery Of Judgment. That way, we have the authority to pull credit reports and conduct thorough asset investigation. Your case will be treated individually and expertly by processors who are highly trained and motivated to find your money, because if we do not find your money, we make nothing. We stand behind our work and will lay out all costs of investigation, travel expenses, legal fees and any additional court fees.

## Can I use an attorney?

Yes you can. But consider this: We have databases at our fingertips that few attorneys are permitted to access. This enables us to locate assets for judgment satisfaction that most attorneys will have difficulty unearthing. Furthermore, most

---

- How much will it cost me, really?
- What is 'domestication'?
- I thought my judgment was an court order! Isn't the debtor breaking the law by not paying?
- Are you a collection agency?
- Can I use an attorney?
- Are you providing clients with legal services?
- How do I know that you will pay me the right amount?
- Can you guarantee that you will collect the money?
- How long is the judgment good for?
- How do you do debt collection?
- Is it hard to place an account into collections?

attorneys charge an hourly fee or, he/she may take an contingency plus .up-front. cost on your judgment. Most attorneys are very skilled in getting judgments, many of them, though, are unfamiliar with effective post-judgment remedies and strategies and have no access to asset investigators.

It is not uncommon for us to receive calls from attorneys for asset investigation and even to enforce their judgments.

## Are you providing clients with legal services?

No. While Recovery Of Judgment hires attorneys to represent their interests in the judgment in court, these attorneys are working for Recovery Of Judgment and not for our clients. That being said, the success of our attorneys in court typically benefits our clients.

Recovery Of Judgments interests in the judgment debtor.s assets are perfected aligned with the interests of its clients. Meaning, Recovery Of Judgment only makes money when they successfully seize assets from the judgment debtor. Our attorneys assist us in seizing those assets. At the same time, through seizing those assets, Recovery Of Judgment.s clients benefit by seeing their judgments satisfied.

In short, Recovery Of Judgment is not providing you with any legal services. When you employ Recovery of Judgment you are not hiring a lawyer. However, Recovery Of Judgment hires lawyers to work for them and their success benefits everybody.

## How do I know that you will pay me the right amount?

With every payment to you, we send you a copy of the check we received for your file copy.

## Can you guarantee that you will collect the money?

No. There are no guarantees except that we make the strongest effort possible. We use every strategy to collect the principle and interest which continues to accrue until the judgment is fully satisfied.

## How long is the judgment good for?

In New York, judgments are valid for 20 years. In addition, judgment creditors may extend the period beyond twenty years if they make the proper application in Court before the 20 years lapse. Other states may vary from 7 to 25 years. Judgments collect interest. In New York it's 9% per year. Other states vary, usually between 5% and 10%.

## How do you do debt collection?

We use a proprietary blend of, letters, phone calls, faxes, and emails.

## Is it hard to place an account into collections?

Not at all. All you have to do is fill out the form and send it to us. That's it.

---

### Home
Judgment Enforcement
Debt Collection
FAQs
About Us
Contact Us

### Contact
Email: support@recoveryofjudgment.com
Office: 646.863.9783
Fax: 646.810.5781

 

### Office
39 West 29th Street #612
New York, NY 10001

### Hours
Sunday - Friday: 8am - 5pm
Saturday: Closed

Nothing on this site constitutes legal advice. We are not a law firm. We do not repair your credit for you. This is a self help educational program only. By visiting this website, you agree to our terms.

Copyright © 2017 Recovery of Judgment. All rights reserved.    Disclaimer    Terms    Privacy




# Recovery of Judgment
### No recovery, No fee.

Home | Judgment Enforcement | Debt Collection | FAQs | **About Us** | Contact Us

 Client Portal

Utilizing an *advanced* and *effective* strategy in judgment recovery!

## About Recovery Of Judgment

We are committed to providing our clients with the best judgment enforcement service possible.

Recovery Of Judgment employs a team of professional skip-tracers, asset searchers, process servers and attorneys. Unparalleled access to financial databases and a wealth of experience in judgment execution are at our disposal.

We go the extra mile to recover your money. We successfully locate assets, seize them and convert those assets into payment of your judgment. In particular, Recovery Of Judgment takes pride in realizing well hidden assets through legal searches that only experienced specialists consider. We commit ourselves to enforcing your judgment until it is paid.

Based in New York City with offices on West 30th Street and 7th Avenue, Recovery Of Judgment handles cases throughout the United States.

## Our Commitment

At Recovery of Judgment, we treat our clients with courtesy and integrity. Our years of experience and notable expertise ensure that your collection is in good hands.

Our consistent track record of uncompromising ethics instills confidence and trust. We use cutting edge technologies to ensure up to the minute information from the world. This allows us to respond quickly, and find the debtors.

Realistically, there are some judgment debtors who simply do no have the assets to pay judgments they have incurred. Accordingly, nobody can guarantee that they will find your assets. Our commitment, however, is that if we cannot find your money nobody can!

---

### Home
Judgment Enforcement
Debt Collection
FAQs
About Us
Contact Us

### Contact
Email: support@recoveryofjudgment.com
Office: 646.863.9783
Fax: 646.810.5781



### Office
39 West 29th Street #612
New York, NY 10001

### Hours
Sunday - Friday: 8am - 5pm
Saturday: Closed

 

Nothing on this site constitutes legal advice. We are not a law firm. We do not repair your credit for you. This is a self help educational program only. By visiting this website, you agree to our terms.

Copyright © 2017 Recovery of Judgment. All rights reserved.    Disclaimer    Terms    Privacy