Attorney(s)
Index #     **17-CV-4022-NSR-JCM**
Purchased/Filed: June 28, 2017
State of New York
Court:     U. S. District
County:    Southern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Shaul Levy

against

Law Office of J. Henry Nierman, et al

Defendant

| STATE OF NEW YORK ) | |
|---|---|
| COUNTY OF ALBANY ) SS | |
| CITY OF ALBANY ) | |

**DESCRIPTION OF PERSON SERVED:** Approx. Age: 55 Yrs.
Weight: 120 Lbs.   Height: 5' 0"   Sex: Female   Color of skin: White
Hair color: Brown   Other:

Robert Guyette, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on July 7, 2017, at 12:26 PM, at the office of the Secretary of State of the State of NY located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served Amended Summons in a Civil Action & Complaint

on

**Recovery of Judgment LLC**

the Defendant in this action, by delivering to and leaving with Sue Zouky AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
7th day of July 2017

YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2018

Robert Guyette
Invoice·Work Order # 1715731
Attorney File #   **Levy**