UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUL LEVY,<br><br>　　　　　　　　　*Plaintiff,*<br><br>　　　　v.<br><br>LAW OFFICES OF J. HENRY NIERMAN; J. HENRY NIERMAN; RECOVERY OF JUDGMENT LLC,<br><br>　　　　　　　　　*Defendants.* | Case No. 17-cv-4022 (NSR)<br><br>**Order to Show Cause for a Default Judgment** |

　　　　Upon the affidavit of Daniel A. Schlanger, Esq., sworn to on the 1st day of January 2018, and upon the documents annexed thereto, including Exhibits A through O, and all other submissions to date in this matter.

　　　　 And further upon the Proposed Default Judgment attached hereto as **Exhibit 1** to this Order, it is

　　　　ORDERED, that Defendants Law Offices of J. Henry Nierman, J. Henry Nierman, and Recovery of Judgment LLC shall show cause before the Honorable Nelson Román in Courtroom 218 of the United States Courthouse, 300 Quarropas Street, White Plains, NY, on _____ at \_\_\_\_ o'clock, or as soon thereafter as counsel may be heard, why the proposed default judgment attached as Exhibit 1 should not be entered against all Defendants pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to answer or otherwise move with respect to the complaint herein.

　　　　It is FURTHER ORDERED that  a copy of this Order shall be served forthwith on all Defendants and the affidavits of service shall be docketed.

Dated: January ____, 2018
       White Plains, New York

                                                                         _____
                                                                         The Honorable Nelson Román
                                                                         United States District Judge