# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Shaul Levy

                        Plaintiff(s),

- against -

Law Offices of J. Henry Nierman

                        Defendant(s),
-----------------------------------------------------------X

RECEIVED
SEP 22 2017
U.S.D.C.
WP

17 Civ. 4022 (NSR)

**CLERK'S CERTIFICATE
OF DEFAULT**

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on May 30, 2017 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Law Offices of J. Henry Nierman by personally serving J. Henry Nierman, and proof of service was therefore filed on August 28, 2017, Doc. #(s) 16.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: White Plains, New York
September 22, 2017

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk