# Exhibit E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Shaul Levy

                     Plaintiff(s),

- against -

J. Henry Nierman

                    Defendant(s),
-------------------------------------------------------------X

RECEIVED SEP 22 2017 USDC WP

17 Civ. 4022 (NSR)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on May 30, 2017 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) J. Henry Nierman by personally serving J. Henry Nierman, and proof of service was therefore filed on August 28, 2017, Doc. #(s) 15.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: ~~New York~~ White Plains, New York

September 22, 2017

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk

SDNY Web 3/2015