# Exhibit F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Shaul Levy

          **Plaintiff(s),**

- against -

Recovery of Judgment LLC

          **Defendant(s),**
------------------------------------------------------------X

RECEIVED
SEP 22 2017
U.S.D.C.
WP

17 Civ. 4022 (NSR)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on May 30, 2017 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Recovery of Judgment LLC by personally serving the Secretary of State of the State of New York, and proof of service was therefore filed on August 28, 2017, Doc. #(s) 17.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: ~~New York~~ White Plains, New York
September 22, 2017

RUBY J. KRAJICK
Clerk of Court

By: _____
     **Deputy Clerk**