# Exhibit H

**Levy v. Law Office of J. Henry Nierman (17-cv-4022)**

| Team Member | Date | Hours | Rate | Time Entry Description | Note |
|---|---|---|---|---|---|
| Daniel Schlanger | 4/23/2017 | 0.2 | $420.00 | Review | review file (.1) <br> task MG & FN with organizing file docs in prep for preparing prelitigation letter (.1) |
| Daniel Schlanger | 4/27/2017 | 1 | $420.00 | Drafting Correspondence | review file in connection with prelit letter (.2) <br> draft prelit letter (.7) <br> email client re same (.1) |
| Daniel Schlanger | 5/22/2017 | 0.2 | $420.00 | Supervise | task MG with basic complaint drafting |
| Daniel Schlanger | 5/23/2017 | 2.3 | $420.00 | Drafting Court Documents | drafting Complaint including: <br> reviewing file documents (.3) <br> reworking fact section (1) <br> reworking FDCPA claim (.4) <br> revising/line editing first draft (.4) <br> emailing client re complaint (.2) |
| Daniel Schlanger | 5/29/2017 | 0.2 | $420.00 | Phone Call/Meeting with Client | telephone call with client re Complaint and next steps and review client email re Complaint |
| Daniel Schlanger | 5/30/2017 | 2 | $420.00 | Revise/Edit Court Documents | revising Complaint to add GBL 349 claim and do final proof read (1) <br> revise civil cover (.2) <br> initiate case via ECF (.7) <br> email to Def re filing (.1) |
| Daniel Schlanger | 6/22/2017 | 0.7 | $420.00 | Court Document Related | Dealing with service issues, researching Defendants' current statuses and addresses (.5) <br> confer with MS re service issues (inactive corp) (.2) |
| Daniel Schlanger | 8/16/2017 | 0.2 | $420.00 | Telephone call | tel conf with client providing status update |
| Daniel Schlanger | 8/25/2017 | 0.2 | $420.00 | Confer | providing documents to BAS for his work on default and emailing more instructions |
| Daniel Schlanger | 8/25/2017 | 0.1 | $420.00 | Confer | confer with BAS re work needed re default |
| Daniel Schlanger | 12/29/2017 | 3 | $420.00 | Review | Review and Revise MOL and Declaration (2.2), review motion in it's entirety (0.8) |
| | | | | | |
| Evan Rothfarb | 8/18/2017 | 0.2 | $390.00 | Confer | corresponded w/DS and BS re: default judgment |
| Benjamin Silverman | 8/24/2017 | 0.2 | $390.00 | Telephone call | Telephone call with DS |

**Levy v. Law Office of J. Henry Nierman (17-cv-4022)**

| Team Member | Date | Hours | Rate | Time Entry Description | Note |
|---|---|---|---|---|---|
| Benjamin Silverman | 8/26/2017 | 1.3 | $390.00 | Drafting Court Documents | Request for Certificate of Default and supporting documents and emails about same |
| Benjamin Silverman | 10/15/2017 | 4.1 | $390.00 | Drafting Court Documents | drafted memorandum of law in support of default judgment, legal research on damages, collection of factual record |
| Benjamin Silverman | 10/16/2017 | 3.4 | $390.00 | Drafting Court Documents | prepared application for default judgment and supporting documents |
| | | | | | |
| Miriam Greenman | 4/25/2017 | 0.5 | $130.00 | Saving documents to file (online) | Saving, renaming and organizing documents, transferring documents to new file, closing old file |
| Miriam Greenman | 5/23/2017 | 1 | $130.00 | Drafting Court Documents | Rough draft of complaint |
| Miriam Greenman | 5/29/2017 | 1.5 | $130.00 | Drafting Court Documents | Draft summonses (x3) - .5<br>Rule 4 waiver of Service -.2<br>Exhibits to the complaint - .8 |
| Miriam Greenman | 5/29/2017 | 0.1 | $130.00 | Drafting Court Documents | continuing rough draft of complaint |
| Miriam Greenman | 5/30/2017 | 1 | $130.00 | Revise/Edit Court Documents | Edit and finalize:<br>Complaint<br>Summonses<br>Civil Cover Sheet<br>Rule 4 Waiver<br>Notice of Litigation |
| Miriam Greenman | 6/1/2017 | 0.3 | $130.00 | Saving documents to file (online) | Saving case opening documents and Summonses |
| Miriam Greenman | 6/1/2017 | 0.2 | $130.00 | Saving documents to file (online) | Saving ECF stamped complaint and all exhibits, |
| Miriam Greenman | 6/1/2017 | 0.1 | $130.00 | Calendaring/Scheduling | Calendaring |
| Miriam Greenman | 6/7/2017 | 0.2 | $130.00 | Service Of Process | arranging service of summon to LOHN, Neirman and ROJ |
| Miriam Greenman | 6/13/2017 | 0.1 | $130.00 | Telephone call | call follow up re service of process |
| Miriam Greenman | 6/14/2017 | 0.1 | $130.00 | Service Of Process | Follow up re service of process |
| Miriam Greenman | 6/20/2017 | 0.3 | $130.00 | Service Of Process | follow up emails and phone calls. |
| Miriam Greenman | 6/21/2017 | 0.7 | $130.00 | Research | research into Nierman - 0.3<br>phone calls to NYDOS - 0.4 |

**Levy v. Law Office of J. Henry Nierman (17-cv-4022)**

| Team Member | Date | Hours | Rate | Time Entry Description | Note |
|---|---|---|---|---|---|
| Miriam Greenman | 6/23/2017 | 0.2 | $130.00 | Service Of Process | Discuss service of process with paralegal Alan Frazin |
| Miriam Greenman | 6/25/2017 | 0.3 | $130.00 | Saving documents to file (online) | discussion with DS re levy summonses<br>editing summonses for refiling |
| Miriam Greenman | 6/27/2017 | 0.6 | $130.00 | Drafting Court Documents | editing summonses - 0.2<br>Filing Summonses via ECF - 0.4 |
| Miriam Greenman | 7/3/2017 | 0.2 | $130.00 | Service Of Process | Re-serving Nierman, LOHN and ROJ |
| Miriam Greenman | 7/10/2017 | 0.3 | $130.00 | Service Of Process | Follow up on service<br>saving AOS documents to file<br>Logging Expenses re service |
| Miriam Greenman | 7/17/2017 | 0.2 | $130.00 | Service Of Process | saving AOS's to file - 0.1<br>email to DS re completion of service  - 0.1 |
| Miriam Greenman | 8/16/2017 | 0.1 | $130.00 | Calendaring/Scheduling | calendaring phone call with Ds |
| Miriam Greenman | 8/28/2017 | 0.2 | $130.00 | review | Review email re request for certificate of default<br>adding docket numbering to exhibits |
| Miriam Greenman | 12/29/2017 | 2 | $130.00 | Edit/Revise | Edit and revise MOL, Schlanger Declaration - 1.4; Edit exhibits - 0.6 |

| Summary: | Total Hours | Rate/Hour | Total |
|---|---|---|---|
| | | | |
| Daniel Schlanger | 10.1 | $420.00 | $4,242.00 |
| Associates | 9.2 | $390.00 | $3,588.00 |
| Paralegals | 10.2 | $130.00 | $1,326.00 |
| | | | |
| **Totals:** | **29.5** | | **$9,156.00** |