# Exhibit J

# Kakalec & Schlanger, LLP

## DEDICATED TO MARKETPLACE JUSTICE

December 20, 2016

**VIA EMAIL (shalilevi3@gmail.com)**

Shaul Levy
5757 Collins Avenue
Apartment 1706
Miami Beach, FL 33140

> **Re:** *Matt Morrison v. Shaul Levy*
> **Index:** 056136/2010 ( New York Civil )

Dear Mr. Levy:

This letter sets forth our agreement regarding Kakalec & Schlanger, LLP's representation of you in the above-referenced matter, including our agreement regarding payment of the firm's fees.

1)    Scope of Representation.  We will represent you in attempting to have the judgment taken against you in the above-referenced matter vacated and the case dismissed.  As appropriate, we will also negotiate on your behalf to attempt to reach a mutually acceptable settlement with the judgment creditor.  This agreement does not cover any services other than those indicated here.  It does not cover our representation of you on any appeal, or, for example, in an affirmative claim under the Fair Debt Collection Practices Act.  Any such representation will have to be covered in a separate retainer agreement.

2)    Our Fees: Our fee for representing you with regard to the services referenced in Paragraph 1, above, is $3000.00 if we are able to achieve a settlement in the matter without litigation beyond the filing of a motion to vacate (e.g. for lack of service).  The flat fee of $3000.00 is to be paid as follows: $1000.00 upon execution of this agreement; $1000.00 on February 1, 2017; and $1000.00 on March 1, 2017.  My office will be in touch to get credit card information and we will use the credit card information you provide to make the payments on the dates indicated herein.  As part of the service covered under the flat fee, we will file a notice of appearance and motion to vacate the judgment.  We will also, if necessary, file a reply to any opposition to the motion and will appear on your behalf at any court hearing on the motion. However, if we are required to substantively litigate the matter (including discovery, motion practice, hearings, and/or trial) beyond this, you agree to pay us at our customary hourly rates in addition to the flat fee above.  Based on my experience with other cases of this type, I believe it unlikely that any work at our hourly rates will be necessary.  In any event, we will consult with you and obtain your authorization before performing any work that would be billed at our hourly rates.  Our customary hourly rates are as follows:

Daniel A. Schlanger
dschlanger@kakalec-schlanger.com
T: (212) 500-6114, ext. 101
F: (646) 612-7996

85 Broad Street
18th Floor
New York, NY 10004
www.kakalec-schlanger.com

Doc ID: a40660a9f2c61faf6ddd1d1e52707d4cc155398e

| Personnel | Rate |
|---|---|
| Partners | $420-$550/hour |
| Associates | $300-$390/hour |
| Paralegals/Support Staff | $100-$150/hour |

Travel time is billed at one half Attorneys' regular hourly rates.

3)      Costs and Disbursements.  In addition to charges for legal services rendered, certain costs and disbursements will be incurred in the handling of this matter.  These costs and disbursements may include postage, printing, photocopying, fees to access online legal databases (e.g. Westlaw, Pacer), tolls and mileage, etc.   You authorize us to incur and advance reasonable and necessary costs and expenses in the preparation of your matter and/or litigation of your claim. You agree that costs and expenses totaling $200.00 (two hundred dollars) or less to be charged to your credit card on file without further consent.  In the unlikely event that costs and disbursements exceed $200.00, we will obtain your prior authorization before incurring the cost.

4)      Acceptance of Settlement Offers.  We will not make any settlement or compromise of any nature of any of your claims without your prior approval.  You retain the right to accept or reject any settlement.  You agree not to make any settlement or compromise of any nature of any of your claims without prior notice to us.

5)      Termination of Representation.  Our representation of you in this matter terminates upon settlement of this matter, or such other circumstances develop which make it necessary or appropriate that our attorney-client relationship be severed, such as a disagreement or a conflict of interest.

6)      Fee Disputes.  If you and the firm have any differences regarding the firm's fees, please know that the firm is obligated by New York law to arbitrate our differences before the firm is able to enforce this agreement.  In such event, we would provide you with a full and complete explanation of the applicable arbitration rules.

7)      Lien.  You grant our firm an enforceable lien for its fees, costs and disbursements against the proceeds of any future settlement, arbitration award or judgment related to this matter.

8)      No Guarantee.  You understand that we cannot and have not promised or guaranteed any particular result in this matter.

9)      Entire Agreement.  This agreement contains the entire agreement between you and our firm.  No other agreement, statement or promise made on or before the effective date of this Agreement will be binding on the parties.

10)     Signatures.  This agreement may be signed in counterparts.  Facsimile and digital signatures are to be treated as originals.

11)     Modification.  This Agreement may be modified by subsequent agreement of the parties only by an instrument in writing signed by both of them or an oral agreement only to the extent that the parties carry it out.

Doc ID: a40660a9f2c61faf6ddd1d1e52707d4cc155398e

12)    <u>Receipt of Attachments.</u>    You acknowledge the receipt of the following attachments: Statement of Client's Rights (Attachment 1) and; the Acknowledgement of Client Obligations Regarding Preservation of Evidence (Attachment 2).

We look forward to working with you on this matter towards an acceptable conclusion.

Very truly yours,

Kakalec & Schlanger, LLP

By:    *s/Daniel A. Schlanger*
        Daniel A. Schlanger

Reviewed, understood and agreed to by:

_____        12/22/2016
                                                                    _____
Shaul Levy                                                          Date

Doc ID: a40660a9f2c61faf6ddd1d1e52707d4cc155398e

**(Attachment 1)**
**STATEMENT OF CLIENT'S RIGHTS**

1. You are entitled to be treated with courtesy and consideration at all times by your lawyer and the other lawyers and nonlawyer personnel in your lawyer's office.

2. You are entitled to have your attorney handle your legal matter competently and diligently, in accordance with the highest standards of the profession. If you are not satisfied with how your matter is being handled, you have the right to discharge your attorney and terminate the attorney-client relationship at any time. (Court approval may be required in some matters, and your attorney may have a claim against you for the value of services rendered to you up to the point of discharge.)

3. You are entitled to your lawyer's independent professional judgment and undivided loyalty uncompromised by conflicts of interest.

4. You are entitled to be charged reasonable fees and expenses and to have your lawyer explain before or within a reasonable time after commencement of the representation how the fees and expenses will be computed and the manner and frequency of billing. You are entitled to request and receive a written itemized bill from your attorney at reasonable intervals. You may refuse to enter into any arrangement for fees and expenses that you find unsatisfactory. In the event of a fee dispute, you may have the right to seek arbitration; your attorney will provide you with the necessary information regarding arbitration in the event of a fee dispute, or upon your request.

5. You are entitled to have your questions and concerns addressed promptly and to receive a prompt reply to your letters, telephone calls, emails, faxes, and other communications.

6. You are entitled to be kept reasonably informed as to the status of your matter and are entitled to have your attorney promptly comply with your reasonable requests for information, including your requests for copies of papers relevant to the matter. You are entitled to sufficient information to allow you to participate meaningfully in the development of your matter and make informed decisions regarding the representation.

7. You are entitled to have your legitimate objectives respected by your attorney. In particular, the decision of whether to settle your matter is yours and not your lawyer's. (Court approval of a settlement is required in some matters.)

8. You have the right to privacy in your communications with your lawyer and to have your confidential information preserved by your lawyer to the extent required by law.

9. You are entitled to have your attorney conduct himself or herself ethically in accordance with the New York Rules of Professional Conduct.

10. You may not be refused representation on the basis of race, creed, color, religion, sex, sexual orientation, age, national origin or disability.

Received by: _____          12/22/2016
            Shaul Levy                            _____
                                                  Date

Doc ID: a40660a9f2c61faf6ddd1d1e52707d4cc155398e

**(Attachment 2)**

CLIENT ACKNOWLEDGMENT OF:

- OBLIGATION TO PRESERVE ALL EVIDENCE

- OBLIGATION TO PROMPTLY PROVIDE ALL EVIDENCE TO KAKALEC & SCHLANGER, LLP

- ADVICE NOT TO DISCUSS CASE IN SOCIAL MEDIA OR OTHER ONLINE & OFFLINE PUBLIC FORA

## I.    YOU HAVE A DUTY TO PRESERVE ALL EVIDENCE REGARDING THIS LAWSUIT AND THE UNDERLYING DISPUTE

Be advised that you have a duty to preserve all evidence regarding the facts of the lawsuit and the dispute or other situation that underlies this lawsuit. Here is a non-exhaustive list of the types of materials you may have that could be evidence.

- Contracts
- Receipts
- Repair Orders
- Advertisements
- Letters
- Emails
- Faxes
- Social media posts
- Prior drafts
- Witness statements
- Logs
- Diary entries
- Phone records
- Text messages
- Audio Recordings
- Spreadsheets
- Notes regarding conversations

This is a general list, and is merely provided to give examples. Some cases will not involve all of these types of evidence. Other cases will involve types of evidence that are not on this list. What constitutes evidence will obviously depend on the type of dispute involved, and the particular circumstances.

The general principle, however, is that you must preserve all data of any type (including but not limited to paper records, electronic or digital data on a computer, cell phone, voice messaging system, or other communication or data storage device) relating to the lawsuit or the facts that make up the lawsuit.

Electronic documents and the storage media on which they reside may contain relevant, discoverable information beyond that which may be found in printed documents. Therefore, even where a paper copy exists, you must retain all documents in their electronic form along with information about those documents contained on the media.

In many cases, there may also be tangible things that are not "data" in the traditional sense, but that are nonetheless relevant. For example, in a case involving a defective product purchased by a consumer, the product itself is likely to be evidence, and must be preserved.

You have a duty to preserve and not interfere with the evidence in any manner. For example, you may not edit, damage or delete evidence. Courts have become increasingly strict about preservation issues. Failure to preserve discovery material can result in adverse consequences for your lawsuit, up to and including possible dismissal of this lawsuit, and can also result in an order for you to pay Defendant's attorneys' fees and costs or other significant financial

Doc ID: a40660a9f2c61faf6ddd1d1e52707d4cc155398e

penalties. Failure to preserve evidence may also result in different or additional sanctions by the Court.  This is true even if you did not damage the evidence maliciously but only through carelessness or confusion about whether it was or was not relevant to the litigation.

If you are at all unsure about whether something (say, an email, a receipt, a voicemail, a hard drive, etc.) is related to this lawsuit and must be preserved, always err on the side of preserving the item.

Certain types of computer (or tablet or smart phone) "maintenance" (e.g. "de-fragmenting hard drives, deleting internet cookies, deleting browser history, running "disk clean-up" processes, etc.) can result in damaging or deleting certain types of evidence.  In many cases, there will be no issue with conducting these types of maintenance procedures, but in other cases these procedures may result in spoliation of evidence.  As a result, please contact Kakalec & Schlanger, LLP prior to conducting any of these types of procedures.

By signing below, you hereby affirm that you have been given notice and agree not to, destroy, conceal or alter any paper or electronic files and other data or evidence of any kind that is in your possession or control, including data that is on your computers, phones, smart phones, tables, back-up drives, and storage media (e.g., hard disks, floppy disks, backup tapes, Zip cartridges, CDs, DVDs, etc.).  The phrase "possession or control" is to be interpreted broadly, and to name but one scenario, includes data stored "in the cloud" by a third party vendor on your behalf.

## II.     YOU MUST PROMPTLY PROVIDE ALL EVIDENCE TO KAKALEC & SCHLANGER, LLP

Just as important, *you must provide Kakalec & Schlanger, LLP with all of this evidence as soon as possible.*  If you are unclear on whether you have previously provided us with a given document or other data or evidence (e.g. during an initial consultation), you should err on the side of providing it to us again.  By signing below, you hereby agree to promptly provide us with all of the various discovery materials relevant to your case, including but not limited to any of the types of evidence referenced in this letter.

If you are unsure regarding your obligation to preserve evidence or your obligation to provide evidence to Kakalec & Schlanger, LLP, please feel free to consult us.

## III.    WE ADVISE YOU NOT TO MAKE COMMENTS ON SOCIAL MEDIA OR IN OTHER PUBLIC FORA REGARDING YOUR CASE

We advise you not to publically comment regarding this lawsuit.  This includes refraining from making comments on social media, to the press, and even to friends and extended family.  These statements may be discoverable and can sometimes be used to advantage by the other side in the litigation.

The safest course is to simply avoid discussing the case with anyone but your attorneys and spouse.

Our advice in this regard does not change the fact that you must not delete or edit any comments on any social media that you may have already made regarding this lawsuit.  As already stated, any of your comments on social media regarding the lawsuit or the conduct leading up to the lawsuit may be discoverable, and therefore, you must take steps to preserve such information.

Prior to signing, please inform us whether you have any questions or concerns about any of the issues discussed in this letter.

Very truly yours,

*s/Daniel A. Schlanger*

Daniel A. Schlanger

Reviewed, understood and agreed to by:

_____

Shaul Levy

12/22/2016

_____

Date

Doc ID: a40660a9f2c61faf6ddd1d1e52707d4cc155398e

 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | Shaul Levy Flat Fee Retainer Agreement, 12-20-2016.pdf |
| **FILE NAME** | RackMultipart20161221-19-1asqlfq.pdf |
| **DOCUMENT ID** | a40660a9f2c61faf6ddd1d1e52707d4cc155398e |
| **STATUS** | ● Completed |

**This document was requested and signed on lexicata.com**

## Document History

**SENT**

**12/21/2016**
18:35:00 UTC

Sent for signature to Shaul Levy (shalilevi3@gmail.com)
IP: 77.138.104.228

**VIEWED**

**12/22/2016**
14:01:25 UTC

Viewed by Shaul Levy (shalilevi3@gmail.com)
IP: 107.220.100.67

**SIGNED**

**12/22/2016**
14:02:25 UTC

Signed by Shaul Levy (shalilevi3@gmail.com)
IP: 107.220.100.67

**COMPLETED**

**12/22/2016**
14:02:25 UTC

The document has been completed.