
MEMO ENDORSED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHAUL LEVY,<br><br>                                   *Plaintiff,*<br><br>v.<br><br>LAW OFFICES OF J. HENRY NIERMAN; J. HENRY NIERMAN; RECOVERY OF JUDGMENT LLC,<br><br>                                 *Defendants.* | Case No. 17-cv-4022 (NSR)<br><br>**Order to Show Cause for a Default Judgment** |

*[Handwritten endorsement:]* Plaintiff's Motion for an Order to Show Cause is denied without prejudice for failure to follow my Individual Practices. (See Attachment A.) Clerk of the Court requested to terminate the motion (doc. 23). SO ORDERED: Dated: Jan. 9, 2018

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Upon the affidavit of Daniel A. Schlanger, Esq., sworn to on the 1st day of January, 2018, and upon the documents annexed thereto, including Exhibits A through O, and all other submissions to date in this matter.

And further upon the Proposed Default Judgment attached hereto as **Exhibit 1** to this Order, it is

ORDERED, that Defendants Law Offices of J. Henry Nierman, J. Henry Nierman, and Recovery of Judgment LLC shall show cause before the Honorable Nelson Román in Courtroom 218 of the United States Courthouse, 300 Quarropas Street, White Plains, NY, on _____ at ____ o'clock, or as soon thereafter as counsel may be heard, why the proposed default judgment attached as Exhibit 1 should not be entered against all Defendants pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to answer or otherwise move with respect to the complaint herein.

It is FURTHER ORDERED that a copy of this Order shall be served forthwith on all Defendants and the affidavits of service shall be docketed.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2018

Dated: January ____, 2018
      White Plains, New York

                                                                        _____
                                                                        The Honorable Nelson Román
                                                                        United States District Judge