UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAUL LEVY,

                               *Plaintiff,*

    v.

LAW OFFICES OF J. HENRY NIERMAN; J. HENRY NIERMAN; RECOVERY OF JUDGMENT LLC,

                               *Defendants.*

Case No. 17-cv-4022 (NSR)

**Order to Show Cause for a Default Judgment**

---

Upon the affidavit of Daniel A. Schlanger, Esq., sworn to on the 1st day of January 2018, and upon the documents annexed thereto, including Exhibits A through O, and all other submissions to date in this matter.

And further upon the Proposed Default Judgment attached hereto as **Exhibit 1** to this Order, it is

ORDERED, that Defendants Law Offices of J. Henry Nierman, J. Henry Nierman, and Recovery of Judgment LLC shall show cause in person before the Honorable Nelson Román in Courtroom 218 of the United States Courthouse, 300 Quarropas Street, White Plains, NY, on April 20, 2018 at 12:40 pm o'clock, or as soon thereafter as counsel may be heard, why the proposed default judgment attached as Exhibit 1 should not be entered against all Defendants pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to answer or otherwise move with respect to the complaint herein.

It is FURTHER ORDERED that a copy of this Order shall be served forthwith on all Defendants and the affidavits of service shall be docketed. Defendants opposition or answering papers shall be served upon Plaintiff's counsel and filed with the Court by April 13, 2018. A courtesy copy shall be provided to chambers.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/2018

Plaintiff directed to serve a copy of the Order to Show Cause and supporting papers upon Defendants by certified mail, return receipt requested by March 19, 2018 and file proof of service thereafter.

Dated: March 15, 2018
White Plains, New York

SO ORDERED.

The Honorable Nelson Román
United States District Judge