# *Exhibit*

# *A*

# TRANSCRIPT OF JUDGMENT

| JUDGMENT DEBTOR | | | JUDGMENT CREDITOR Name and Address | Attorney for Judgment Creditor Name and Address |
|---|---|---|---|---|
| Surname | Given Name | Trade or Profession | Last Known Address | |
| Levy a/k/a. Guy a/k/a. Guy a/k/a. Levy | Shaul Shaul Charly Charley | | 635 W. 42nd St. Apt. 19D NY NY 10036 | Matt Morrison + Andy Yen | Adam Leitman Bailey P.C. 120 Broadway 17th Fl New York New York 10271 |

| JUDGMENT RENDERED | | CIVIL COURT | AMOUNT OF JUDGMENT | REMARKS: Date and Manner of Change of Status of Judgment |
|---|---|---|---|---|
| JUDGMENT DOCKETED | | | | |
| Date 03/11/10 | | County of New York | Damages, $ 8,716.00 | |
| Hr. & Min. | | Index No. 5161362610 | Costs, $ --- | |
| | | Date 03/11/10 | Prospective Fees, $ 40.00 | |
| | | Hr. & Min. | Total, $ 8,716.00 | |

| EXECUTION | | SATISFIED | |
|---|---|---|---|
| Returned Unsatisfied | When | How and to What Extent | |

STATE OF NEW YORK, COUNTY OF _NEW YORK_ ss:

I, _Eric Briez_, CLERK of the CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF _NEW YORK_, hereby certify that the above is a correct TRANSCRIPT from the Docket of Judgments in my office.

IN TESTIMONY WHEREOF, I have hereunto set my name and affixed my official seal this ___ day of _April_ 2010.

Clerk

| | |
|---|---|
| **CIVIL COURT OF THE CITY OF NEW YORK**<br>**COUNTY OF NEW YORK    PART**<br>**DECISION AND JUDGMENT** | INDEX # 056136/2010<br>JUDGMENT SEQ # 001 |

MORRISON, MATT
YEN, ANDY

Petitioner(s)

**AGAINST**

LEVY A/K/A SHAUL GUY A/K/A CHARLY GUY A/K/A CHARLEY LEVY, SHAUL

Respondent(s)

**Decision and judgment is** rendered based upon a stipulation entered into by the parties as follows:
Judgment of possession is granted in favor of:
MORRISON, MATT
YEN, ANDY
and against
LEVY A/K/A SHAUL GUY A/K/A CHARLY GUY A/K/A CHARLEY LEVY, SHAUL
A counterclaim is granted in favor of the respondent in the amount of    $0.00
(which if not being entered separately is offset and reflected in the total amount due, listed below.)

A money judgment is hereby granted, along with cost and disbursements
in the amount of    $0.00 in favor of:
MORRISON, MATT
YEN, ANDY
and against
LEVY A/K/A SHAUL GUY A/K/A CHARLY GUY A/K/A CHARLEY LEVY, SHAUL

for a total amount of    $8700.00

(Monthly use and occupancy is set at    $0.00 per month, as per order, stipulation or decision in record.)

Warrant to issue forthwith        Execution _____

Date  3/11/10                              _____
                                          BRENDA S. SPEARS
                                          Judge, Civil/Housing Court    JUDGE, HOUSING PART

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the clerk when the judgment is satisfied. Failure to do so subjects the judgment creditor to penalties.

**ENTRY OF JUDGMENT**

Judgment entered in accordance with the above on  3/11/10     _____
                                                              Chief Clerk, Civil Court

Warrant issued to Marshal  RIVERA        On    MAR 1 9 2010

CIV-LT-50(2006)                                          Page 1 of 1