# SCHLANGER LAW GROUP LLP

June 8, 2018

**The application is** ✓ **granted.** ___ **denied.**

No further Ext
FINAL

Nelson S. Román, U.S.D.J.
Dated: June 8, 2018
White Plains, New York 10601

VIA FAX TO (914) 390-4179

Hon. Nelson Roman
United States District Court - S.D.N.Y.
The Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    **Re:**    *Levy v. Law Offices of J. Henry Nierman, Recovery of Judgment LLC & Nierman*
    **Index:**  17-cv-4022 (NSR) (JCM)
    **Our File:**  50079

Your Honor:

    We write to request an extension of time to file Plaintiff's opposition to Defendants' requests/motions to vacate their defaults in this action, which is currently due on June 13, 2018. Due to several unanticipated developments in other matters and a large number of depositions scheduled in the coming weeks in another federal matter, Plaintiff <u>requests an additional four-weeks to file his opposition to Defendants' requests/motions for vacatur, with the resulting deadline of Thursday, July 12, 2018.</u>

    This is the first request for an extension of this deadline. Neither Defendant J. Henry Nierman, pro se, or Mr. Schneps, counsel for Defendants Law Offices of J. Henry Nierman and Recovery of Judgment LLC, responded to Plaintiff's counsel's e-mails concerning this adjournment sent on June 7, 2018. Defendants had made one prior request extending their time to file the request/motion to vacate their defaults, which was granted.

    If we can provide any further information regarding this request, we are at our disposal.

                    Respectfully,

                    */s/Evan S. Rothfarb*

                  Evan S. Rothfarb

cc: all counsel of record;
    J. Henry Nierman, Esq., pro se

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2018

Copies mailed/faxed 6/8/2018
Chambers of Nelson S. Román, U.S.D.J.

T. 212.500.6114
F. 646.612.7996
erothfarb@consumerprotection.net

New York City
9 East 40th Street, Suite 1300
New York, NY 10016

Upstate New York
6 Wurts Ave.
New Paltz, NY 12561