**SCHLANGER LAW GROUP LLP**

June 22, 2018

**VIA ECF AND FAX TO (914) 390-4179**

Hon. Nelson Roman
United States District Court S.D.N.Y.
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      **Re:**      *Levy v. Law Offices of J. Henry Nierman, et al.*
      **Index:**   17-cv-4022 (NSR) (JCM)

Your Honor:

      We represent Plaintiff Shaul Levy in the above-action. By written Order docketed at 6:15 p.m. on Tuesday, June 19, 2018, the Court recently scheduled a Settlement Conference before Your Honor for next Thursday, June 28, 2018 at 12 p.m. (Docket Entry No. 39). The Court directed all parties to personally appear. We write to request permission for Mr. Levy to appear by telephone at the Settlement Conference either via mobile telephone communication with his counsel (as needed and when directed by the Court) or through the Court's call-in system.

      As Your Honor will recall, Mr. Levy resides in Miami, Florida. Thus, it would significantly burdensome for him to appear in New York on short notice. Mr. Levy has confirmed with counsel that he will be available to fully participate using remote means and will be available for the duration of the Settlement Conference.

      Additionally, we write to request permission for counsel to bring a General Purpose Computing Device to the upcoming Settlement Conference pursuant to Standing Order M10-468, as Revised. A proposed Order listing the attorneys and devices who may attend the conference is attached hereto as Exhibit 1.

      If we can provide any further information in support of the above requests, we are at your disposal.

      Respectfully,

      */s/Evan S. Rothfarb*

      Evan S. Rothfarb

Encl.

cc: all counsel of record

**T.** 212.500.6114
**F.** 646.612.7996
erothfarb@consumerprotection.net

**New York City**
9 East 40th Street, Suite 1300
New York, NY 10016

**Upstate New York**
6 Wurts Ave.
New Paltz, NY 12561

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned **Levy v. Law Offices of J. Henry Nierman, et al.** _____, No. **17-cv-4022**.

The date(s) for which such authorization is provided is (are) **6/28**_____.

| Attorney | Device(s) |
|---|---|
| 1. Evan S. Rothfarb | Laptop, Charger, Input Pen, USB Key, Extra Battery |
| 2. Daniel A. Schlanger | Laptop, Charger, USB Key, Extra Battery |
| 3. | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: February 26, 2014