**SCHLANGER LAW GROUP LLP**

March 13, 2020

**VIA ECF**

Hon. Judith C. McCarthy
United States District Court – S.D.N.Y.
300 Quarropas St.
White Plains, NY 10601

      **Re:**      *Levy v. Law Offices of J. Henry Nierman*
      **Index:**   17-cv-4022 (NSR)(JCM)

Your Honor:

    My firm is counsel to Plaintiff in the above-referenced action. We write on behalf of Plaintiff and Defendants Law Offices of J. Henry Nierman, Recovery of Judgment LLC, and J. Henry Nierman, *pro se* (collectively, "Defendants"). As directed by Your Honor at the Status Conference on February 28, 2020, and by the ECF Order entered March 3, 2020, the parties write jointly to provide an update concerning the status of settlement.

    On Wednesday, March 11, 2020, the parties, through counsel and *pro se* Defendant Mr. Nierman, conferred by telephone regarding their respective settlement positions. After an approximately half-hour discussion in which the parties thoroughly shared their disparate views on liability as well as potential damages in this matter, the parties remain at an impasse.

    Should the parties make any further progress in resolving this matter, we will promptly inform the Court.

                                                                Respectfully,

                                                               */s/ Evan S. Rothfarb*
                                                               Evan S. Rothfarb

cc: all counsel of record

**T.** 212.500.6114
**F.** 646.612.7996
**E.** erothfarb@consumerprotection.net

**NEW YORK**
9 East 40th St, Ste 1300
New York, NY 10016

**MISSISSIPPI**
200 North Congress Street, Ste 117
Jackson, MS 39201