**SCHLANGER LAW GROUP LLP**

May 1, 2020

**VIA ECF**

Hon. Philip M. Halpern
United States District Judge
United States District Court – S.D.N.Y.
300 Quarropas St.
White Plains, NY 10601

      **Re:**      *Levy v. Law Offices of J. Henry Nierman*
      **Index:**  17-cv-4022 (PMH)(JCM)

Your Honor:

    My firm is counsel to Plaintiff in the above-referenced action, which was recently reassigned from the Honorable Nelson S. Román to Your Honor. We write to congratulate Your Honor on your appointment as a United States District Judge and to alert the Court and all parties in this matter to a potential issue regarding recusal. Specifically, the undersigned was employed as an attorney in Your Honor's former law firm, now known as Collier Halpern & Newberg, LLP, and worked directly with and was supervised by Your Honor in the calendar year 2016.

    We believe that the prior employment relationship between Your Honor and the undersigned are circumstances under which the impartiality of the Court might reasonably be questioned irrespective of whether the prior relationship would have any effect on these proceedings. Nevertheless, having made the above disclosure, we leave the matter of recusal to Your Honor's sound discretion.

    We thank Your Honor for your attention to this issue.

                                              Respectfully,

                                              */s/ Evan S. Rothfarb*

                                              Evan S. Rothfarb

cc: all counsel of record and pro se parties (via ECF)

**T.** 212.500.6114
**F.** 646.612.7996
**E.** erothfarb@consumerprotection.net

**NEW YORK**
9 East 40th St, Ste 1300
New York, NY 10016