UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SHAUL LEVY,

                Plaintiff                          17-cv-4022 (NSR)

        v.                                   NOTICE OF MOTION

LAW OFFICES OF J. HENRY NIERMAN

J. HENRY NIERMAN

RECOVERY OF JUDGMENT, LLC

                Defendants.

------------------------------------------------------------X

      Upon the Declaration of Joseph Nierman, sworn to on January 15, 2021, the Declaration of Vera Porat dated January 14, 2021 and upon the documents annexed thereto and upon the Memorandum Of Law dated January 14, 2021 please take notice that the Defendant J. Henry Nierman intend to move the Court, before Hon. Nelson S Roman at 300 Quarropas Street, Room 218, White Plains, NY 10601 on March 31, 2021 at ten o'clock in the forenoon of said day or as soon thereafter as counsel may be heard for an issuing summary judgment in favor of J. Henry Nierman and dismissing the Complaint in its entirety.

Dated: Passaic, New Jersey
       January 15, 2021

                                                    _____
                                                    Joseph Nierman
                                                    Defendant, Pro Se
                                                    157 Mineral Spring Avenue,
                                                    Passaic, NJ 07055