# TRANSCRIPT OF JUDGMENT

| JUDGMENT DEBTOR | | | JUDGMENT CREDITOR Name and Address | Attorney for Judgment Creditor Name and Address |
|---|---|---|---|---|
| Surname | Given Name | Trade or Profession | Last Known Address | |
| Levy A/K/A Guy A/K/A Guy A/K/A Levy | Shaul Shaul Charly Charley | | 635 W. 42nd St Apt. 19D NY NY 10036 | Matt Morrison + Andy Yen | Adam Leitman Bailey P.C. 120 Broadway 17th Fl New York New York 10271 |

| JUDGMENT DOCKETED | CIVIL COURT | AMOUNT OF JUDGMENT | REMARKS: Date and Manner of Change of Status of Judgment |
|---|---|---|---|
| Date 03/11/10 | County of New York Index No. 51236/2010 Date 03/11/10 Hr. & Min. | Damages, $ 8,716.00 Costs, — — $ Prospective Fees, $ 40.00 Total, $ 8,746.00 | |

| EXECUTION | | | SATISFIED | |
|---|---|---|---|---|
| Returned Unsatisfied | When | Hr. & Min. | How and to What Extent | |

STATE OF NEW YORK, COUNTY OF NEW YORK ss:

I, _____ , CLERK of the CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF NEW YORK, hereby certify that the above is a correct TRANSCRIPT from the Docket of Judgments in my office.

IN TESTIMONY WHEREOF, I have hereunto set my name and affixed my official seal this ___ day of April 2010.

_____ Clerk.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK   PART
DECISION AND JUDGMENT

INDEX # 056136/2010
JUDGMENT SEQ # 001

MORRISON, MATT
YEN, ANDY

Petitioner(s)

**AGAINST**

LEVY A/K/A SHAUL GUY A/K/A CHARLY GUY A/K/A CHARLEY LEVY, SHAUL

Respondent(s)

---

**Decision and judgment is** rendered based upon a stipulation entered into by the parties as follows:
Judgment of possession is granted in favor of:
MORRISON, MATT
YEN, ANDY
and against
LEVY A/K/A SHAUL GUY A/K/A CHARLY GUY A/K/A CHARLEY LEVY, SHAUL
A counterclaim is granted in favor of the respondent in the amount of    $0.00
(which if not being entered separately is offset and reflected in the total amount due, listed below.)

A money judgment is hereby granted, along with cost and disbursements
in the amount of    $0.00 in favor of:
MORRISON, MATT
YEN, ANDY
and against
LEVY A/K/A SHAUL GUY A/K/A CHARLY GUY A/K/A CHARLEY LEVY, SHAUL

for a total amount of    $8700.00

(Monthly use and occupancy is set at    $0.00 per month, as per order, stipulation or decision in record.)

Warrant to issue forthwith        Execution _____

Date  3/11/10                      _____
                                   BRENDA S. SPEARS
                                   Judge, Civil/Housing Court   JUDGE, HOUSING PART

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the clerk when the judgment is satisfied. Failure to do so subjects the judgment creditor to penalties.

**ENTRY OF JUDGMENT**

Judgment entered in accordance with the above on  3/11/10

Chief Clerk, Civil Court

Warrant issued to Marshal  RIVERA        On   MAR 1 9 2010

CIV-LT-50(2006)

Page 1 of 1