CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK, PART C
-----------------------------------------------------------X

Index No.: 056136/2010

MATT MORRISON,
ANDY YEN

                      Plaintiff,

            v.

LEVY A/K/A SHAUL GUY A/K/A CHARLY GUY
A/K/A CHARLEY LEVY, SHAUL

                      Defendant.
-----------------------------------------------------------X

**ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT**
(Pursuant to CPLR §5019(c))

STATE OF _CA_ )
                     ) s.s.:
COUNTY OF _San Francisco_ )

Matt Morrison, an individual residing in the State of _California_, County of _San Francisco_, being duly sworn hereby states:

I am the plaintiff/judgment creditor named in the subject action.

I reside at _333 Main St #4C, San Francisco, CA 94105_

On or about March 11, 2010 a judgment was entered in my favor with the Clerk of the Court against Levy a/k/a Shaul Guy a/k/a Charly Guy a/k/a Charley Levy, Shaul in the amount of $8,700 (the "Judgment"). To date $0.00 of the judgment has been collected.

    For ten ($10.00) dollars consideration, receipt of which is hereby acknowledged, I hereby assign all rights title and interest in the Judgment to Recovery Of Judgment, LLC whose principle address is 2152 Ralph Avenue, Suite 1, Brooklyn, NY 11234. Notice of the instant assignment has been served upon the judgment debtor via forwarding a copy of this instrument via first class mail, postage prepaid to his/her/its last known address, said address being 635 West 42nd Street, Apt. 19D, New York, NY 10036.

                                              Name: Matt Morrison

Sworn to before me this
_24_ day of _April_, 20_10_

_____
Notary Public

*please see attached
California Jurat*

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1. ~~
2. ~~
3. ~~
4. ~~
5. ~~
6. ~~

_____    _____
Signature of Document Signer No. 1    Signature of Document Signer No. 2 (if any)

State of California
County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 24th day of April, 2010, by

(1) Matt Morrison,
    Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) N/A,
    Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _____
             Signature of Notary Public

[Notary Seal:
EZEQUIEL VILLALOBOS
Commission # 1861456
Notary Public - California
San Francisco County
My Comm. Expires Aug 16, 2013]

Place Notary Seal and/or Stamp Above

—————— OPTIONAL ——————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

© 2009 National Notary Association • NationalNotary.org • NNA Members-Only Hotline 1-888-876-0827    Item #5910