UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

OF NEW YORK

───────────────────────────────X

SHAUL LEVY,

        Plaintiff                     17-cv-4022 (NSR)

LAW OFFICES OF J. HENRY NIERMAN      **CERTIFICATION**

J. HENRY NIERMAN

RECOVERY OF JUDGMENT, LLC

───────────────────────────────X

      Defendants Recovery Of Judgment, LLC and Law Offices of J. Henry Nierman hereby embrace and adopt as their own, the Memorandum of Law In Reply and in Opposition to Plaintiff's Cross-Motion submitted by co-defendant Joseph Nierman.

Dated: Flushing, New York
       March 16, 2021

                                              /s/Barry C. Schneps
                                              Barry S. Schneps
                                              4160 Main Street, Suite 210
                                              Flushing, NY 11355
                                              (917) 295-4705