UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUL LEVY,

               Plaintiff,

      v.

LAW OFFICES OF J. HENRY NIERMAN;
J. HENRY NIERMAN; and
RECOVERY OF JUDGMENT LLC,

               Defendants.

Case No.: 17-cv-4022 (NSR) (JCM)

## **PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE, that upon the Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion for Summary Judgment, Plaintiff's Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1(a), the Declaration of Evan S. Rothfarb dated February 16, 2021 and the exhibits thereto, the Declaration of Shaul Levy dated February 16, 2021 and the exhibits thereto, and the Notice To Pro Se Litigant Who Opposes a Motion for Summary Judgment and the attachments thereto, Plaintiff Shaul Levy moves this Court located at the United States District Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains NY, 10601, for an Order granting summary judgment on liability against Defendant Law Offices of J. Henry Nierman, J. Henry Nierman and Recovery of Judgment, LLC pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 56.1 and directing the parties to proceed to a trial on damages, and for such other and further relief as is just and proper.

Dated: February 16, 2021

                                        Respectfully Submitted,

                                        */s/ Evan S. Rothfarb*
                                        Evan S. Rothfarb
                                        Daniel A. Schlanger
                                        Schlanger Law Group, LLP
                                        80 Broad Street, Suite 1301
                                        New York, New York 10004
                                        T: 212-500-6114
                                        F: 646-612-7996
                                        E: erothfarb@consumerprotection.net
                                        E: dschlanger@consumerprotection.net

                                        *Attorneys for Plaintiff*