UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X          17-CV-4022(NSR)

SHAUL LEVY,                                                              **DEFENDANTS'**
                                                                                       **EXHIBIT LIST**

           Plaintiff,

LAW OFFICES OF J. HENRY NIERMAN
J. HENRY NIERMAN
RECOVERY OF JUDGMENT, LLC,

           Defendants.
------------------------------------------------------X

      Defendants hereby identify the following Exhibits to potentially be used at trial:

Exhibit "A": Copy of Judgment against Plaintiff dated March 11, 201

Exhibit "B": Copy of Assignment of Judgment from Matt Morrison

Exhibit "C": Copy of Assignment of Judgment from AndyYen

Exhibit "D": Transcript of Deposition of Plaintiff Shaul Levy

Dated:    Passaic, New Jersey
           February 3, 2023

                                      By:   _____
                                                Joseph Nierman