# TRANSCRIPT OF JUDGMENT

| JUDGMENT DEBTOR | | | JUDGMENT CREDITOR<br>Name and Address | Attorney for Judgment Creditor<br>Name and Address |
|---|---|---|---|---|
| Surname | Given Name | Trade or Profession | Last Known Address | |
| Levy<br>A/k/a Guy<br>a/k/a Guy<br>a/k/a Levy | Shaul<br>Shaul<br>Charly<br>Charley | | 635 W. 42nd St<br>Apt. 19D<br>NY NY 10036 | Matt Morrison<br>+<br>Andy Yen | Adam Leitman<br>Bailey P.C.<br>120 Broadway<br>17th Fl<br>New York New York<br>10271 |

| JUDGMENT<br>DOCKETED | | CIVIL COURT | | AMOUNT OF JUDGMENT | REMARKS: Date and Manner of Change of Status of Judgment |
|---|---|---|---|---|---|
| Date<br>03/11/10 | | County of New York | | Damages, — — $ 8,746.00 | |
| Hr. & Min. | | Index No.<br>510136/2010 | | Costs, — — $ | |
| | | Date<br>03/11/10 | | Prospective Fees, $ 40.00 | |
| | | Hr. & Min. | | Total, $ 8,746.00 | |

| EXECUTION | | SATISFIED | |
|---|---|---|---|
| Returned Unsatisfied | When | How and to What Extent | |

STATE OF NEW YORK, COUNTY OF _New York_ ss:

I, _Lic Bie_ YORK, COUNTY OF _New York_, CLERK of the CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF _New York_, hereby certify that the above is a correct TRANSCRIPT from the Docket of Judgments in my office.

IN TESTIMONY WHEREOF, I have hereunto set my name and affixed my official seal this ___ day of _April_ __, 2010.

_____ Clerk.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK   PART
DECISION AND JUDGMENT

INDEX # 056136/2010
JUDGMENT SEQ # 001

MORRISON, MATT
YEN, ANDY

Petitioner(s)

**AGAINST**

LEVY A/K/A SHAUL GUY A/K/A CHARLY GUY A/K/A CHARLEY LEVY, SHAUL

Respondent(s)

---

**Decision and judgment is** rendered based upon a stipulation entered into by the parties as follows:
Judgment of possession is granted in favor of:
MORRISON, MATT
YEN, ANDY
and against
LEVY A/K/A SHAUL GUY A/K/A CHARLY GUY A/K/A CHARLEY LEVY, SHAUL
A counterclaim is granted in favor of the respondent in the amount of    $0.00
(which if not being entered separately is offset and reflected in the
total amount due, listed below.)

A money judgment is hereby granted, along with cost and disbursements
in the amount of    $0.00 in favor of:
MORRISON, MATT
YEN, ANDY
and against
LEVY A/K/A SHAUL GUY A/K/A CHARLY GUY A/K/A CHARLEY LEVY, SHAUL

for a total amount of   $8700.00

(Monthly use and occupancy is set at    $0.00 per month, as per order,
stipulation or decision in record.)

Warrant to issue forthwith           Execution

Date  3/11/10

BRENDA S. SPEARS
Judge, Civil/Housing Court   JUDGE, HOUSING PART

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the clerk when the judgment is satisfied. Failure to do so subjects the judgment creditor to penalties.

================================================================

**ENTRY OF JUDGMENT**

Judgment entered in accordance with the above on  3/11/10

Chief Clerk, Civil Court

Warrant issued to Marshal  RIVERA           On      MAR 1 9 2010

CIV-LT-50(2006)

Page 1 of 1