

**BARRON & NEWBURGER, PC**

Arthur Sanders
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

April 18, 2023

Hon. Judith C. McCarthy
Federal Building & United
States Courthouse
300 Quarropas Street
White Plains, New York 10601

> **SO ORDERED:**
> Application granted. The inquest hearing is adjourned from April 27, 2023 to June 12, 2023 at 10:00 a.m. in Courtroom 421.
>
> *Judith C. McCarthy* 4-19-23
> JUDITH C. McCARTHY
> United States Magistrate Judge

Re:   LEVY v. LAW OFFICES OF J. HENRY NIERMAN et al.
      Docket No. 17-cv-04022

Dear Judge McCarthy:

Please be advised that this office now represents all of the defendants in the above-captioned matter. We have just recently filed a Notice of Appearance and are in the process of replacing outgoing counsel, Barry Schneps.

The purpose of this letter is to request an adjournment of the inquest hearing, now scheduled for April 27, 2023. This is a first request to adjourn the hearing and counsel for the plaintiff has graciously consented to this request.

As the Court is aware, this matter has been pending for almost six years, but the undersigned has just entered this case. Our office is using its best efforts to get up to speed as quickly as possible.

The defendants are seeking an adjournment of approximately forty-five (45) days so that we can be fully prepared to address all remaining issues in this case. This would result in a new hearing date of June 12th or later. It is my understanding that all counsel are available in mid-June but that plaintiff's counsel will be away for the first week of July.

We thank the Court for its attention to this matter.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders
AS/bmm