# EXHIBIT A

The Wayback Machine - https://web.archive.org/web/20161125155113/http://nysd.uscourts.gov/holidays

# Court Holidays for 2016

The following days will be observed as holidays by this Court

| Holiday | Day of Week |
|---|---|
| **Independence Day** - July 4th | (Monday) |
| **Labor Day** - September 5th | (Monday) |
| **Columbus Day** - October 10th | (Monday) |
| **Election Day** - November 8th | (Tuesday) |
| **Veteran's Day** - November 11th | (Friday) |
| **Thanksgiving Day** - November 24th | (Thursday) |
| **Friday, November 25, 2016** - November 25th | (Friday) |
| **Christmas Day** - December 26th | (Monday) |
| **Court Holidays 2017** | |
| **New Year's Day**- January 2nd | (Monday) |
| **Martin Luther King, Jr. Birthday**- January 16th | (Monday) |
| **Washington's Birthday / President's Day**- February 20th | (Monday) |
| **Memorial Day**- May 29th | (Monday) |
| **Monday, July 3, 2017**- July 3rd | (Monday) |
| **Independence Day**- July 4th | (Tuesday) |
| **July 4th, 2016 begins the 241st year of independence of the United States.** | |

**Whenever a holiday falls on a Saturday or Sunday, the court may be closed on the Friday preceding or the Monday immediately following the holiday. Please visit this page for updates.**

**500 Pearl Street, New York, New York 10007-1312 • 300 Quarropas Street, White Plains, New York 10601-4150**