# EXHIBIT B

The Wayback Machine - https://web.archive.org/web/20161207081455/http://www.nycourts.gov:80/COURTS/nyc/civil…

# NYCOURTS.GOV

## New York City Civil Court

## *Court Terms & Holidays*

2016 Terms of Court  |  2016 Holidays

## 2016 Terms of Court

| TERM | MONDAY | SUNDAY |
|------|--------|--------|
| 1 | January 4 | January 31 |
| 2 | February 1 | February 28 |
| 3 | February 29 | March 27 |
| 4 | March 28 | April 24 |
| 5 | April 25 | May 22 |
| 6 | May 23 | June 19 |
| 7 | June 20 | July 17 |
| 8 | July 18 | August 14 |
| 9 | August 15 | September 11 |
| 10 | September 12 | October 10 |
| 11 | Tuesday October 11[1] | November 6 |
| 12 | November 7 | December 4 |
| 13 | December 5 | January 2, 2017 [2] |

[1] Columbus Day will be observed on Monday, October 10, 2016; accordingly, Term 10 will be extended through Monday, October 10, 2016 and Term 11 will commence on Tuesday, October 11, 2016.

[2] The Holiday Recess will commence on Tuesday, December 27, 2016 and will continue through Friday, December 30, 2016.

## 2016 Holidays

| HOLIDAY | DAY | DATE |
|---------|-----|------|
| New Year's Day | Fri | January 1 |
| Dr. Martin Luther King, Jr. Day | Mon | January 18 |
| Lincoln's Birthday | Fri | February 12 |
| President's Day | Mon | February 15 |
| Memorial Day | Mon | May 30 |
| Independence Day | Mon | July 4 |
| Labor Day | Mon | September 5 |

| | | |
|---|---|---|
| Columbus Day | Mon | October 10 |
| Election Day | Tue | November 8 |
| Veterans Day | Fri | November 11 |
| Thanksgiving Day | Thu | November 24 |
| Christmas Day (observed) | Mon | December 26 |

Web page updated: November 28, 2012