# EXHIBIT C

**SCHLANGER LAW GROUP LLP**
HELPING CONSUMERS FIGHT BACK

February 18, 2022

**VIA EMAIL** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇

**Re:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Index:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Dear ▇▇▇▇▇▇▇:

I hope this letter finds you well. Attached is an invoice for work we have performed in your case from December 2, 2020 through February 16, 2022. Per the invoice, please remit ▇▇▇▇▇▇▇ As set forth in the invoice, this amount includes ▇▇▇▇ performed in excess of your previous retainer, as well as a ▇▇▇▇▇ retainer to be applied to work going forward.

Please note that although I have consulted repeatedly with Evan and other team members regarding the matter (*e.g.* regarding strategy, settlement part conferences, the covid foreclosure moratorium's impact on your case, etc.), I have waived my time as a courtesy to you.

Also as a courtesy to you, we have continued in the attached invoice to calculate our time using the courtesy discount rates that were in place at the time you entered into your February 3, 2020 retainer.

These rates are now several years old. Going forward, our current rates will apply:

| | |
|---|---|
| Daniel A. Schlanger | $625.00/hour |
| Evan Rothfarb | $550.00/hour |
| Of Counsel | $490.00/hour |
| Associates | $350.00 - $450.00/hour |
| Paralegals | $200.00/hour |

The firm will, of course, continue to make every effort to handle this matter efficiently. Should you have any questions or concerns, please do not hesitate to contact me or my law partner, Evan Rothfarb.

We appreciate your business. Thank you.

Very Truly Yours,

*/s/Daniel A. Schlanger*

Daniel A. Schlanger

cc: E. Rothfarb; L. Soza.

New York:
80 Broad Street, Suite 1301
New York, NY 10004

New Jersey:
333 Fairview Avenue
Westwood, NJ 07675

T. 212.500.6114
F. 646.612.7996
E. dschlanger@consumerprotection.net

*Please use our New Jersey address for all hard copy correspondence.*