UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUL LEVY,

    Plaintiff,

   v.

LAW OFFICES OF J. HENRY NIERMAN;
J. HENRY NIERMAN; and
RECOVERY OF JUDGMENT LLC,

    Defendants.

Case No.: 17-cv-4022 (NSR) (JCM)

**DECLARATION OF ROBERT J. NAHOUM IN
SUPPORT OF PLAINTIFF'S APPLICATION FOR
AN AWARD OF ATTORNEY'S FEES AND COSTS**

ROBERT J. NAHOUM, being duly sworn, deposes and says:

  1. I am an attorney admitted to practice before the State and Federal Courts

of the State of New York and am of-counsel to Schlanger Law Group, LLP, counsel to

Plaintiff Shaul Levy ("Plaintiff").  I have personal knowledge of the following facts and,

if called and sworn as a witness, could and would competently testify thereto.

  2. I submit this declaration in support or Plaintiff's application for an award

of statutory attorney's fees and costs against defendants the Law Offices J. Henry

Nierman ("LOHN"), J. Henry Nierman ("Nierman") and Recovery of Judgment, LLC

("ROJ" and together with LOJHN and Nierman, "Defendants").

 A. **ATTORNEY QUALIFICATIONS**

  3. I have been a practicing attorney for over twenty years and am a member

of the New York, New Jersey and Connecticut bars.

  4. I am a 2001 graduate of Albany Law School.

5.      From April 2002, through December 2003, I served as associated in-house litigation counsel to Econnergy Energy Company, Inc., in Spring Valley, NY focusing on consumer and commercial debt collection.  From December 2003, through December 2005, I was an associate attorney at Duane Morris LLP in New York City practicing, among other things, commercial litigation, bankruptcy and Fair Debt Collection Practices Act litigation.  From December 2005 through March 2009, I was an associate attorney at Arent Fox LLP in New York City practicing, among other things, commercial litigation, bankruptcy and Fair Debt Collection Practices Act litigation.  Since March 2009, I have been engaged in solo and small-firm practice focusing on consumer law.

6.      I authored an article published and printed in the *American Bankruptcy Institute on* October, 2011 entitled "FDCPA, FCRA: Hidden Trustee Treasure".

7.      I am a recipient of the 2017 New York State Bar Association President's Pro Bono Service Award and the Legal Services of the Hudson Valley 2015 Rockland County Pro Bono Honoree.

8.      Throughout my career I have practiced in consumer and commercial cases involving credit, debt, consumer law and associated laws and regulations.

9.      I have litigated numerous consumer cases in federal courts including, but not limited to:

- *Lefkowitz v. Retrieval-Masters Creditors Bureau, Inc.*, Southern District of New York, 12-cv-00967;
- *Lefkowitz v. Associated Credit Services Inc.*, Southern District of New York, 12-cv-00968;
- *McDonnell V. NCB Management Services, Inc.*, District of New Jersey, 12-cv-02425;
- *Dibble v. Forster & Garbus LLP*, Eastern District of New York, 12-cv-05246;
- *Hoff v. SRA Associates of New Jersey*, Southern District of New York, 12-cv-03300;

- *Beveridge et al v. Korsinsky & Klein, LLP*, Southern District of New York, cv-02505;
- *Goldsack v. NCO Financial Systems, Inc.*, Southern District of New York, 11-cv-01654;
- *Familia v. Professional Claims Bureau Inc.*, Southern District of New York, 12-cv-03304;
- *Masic v. Eltman, Eltman & Cooper, P.C.*, Southern District of New York, 13-cv-05025;
- *Maas v. Spencer Leasing Corp. et al*, Eastern District of New York, 12-cv-02951;
- *Ottstadt v. Klein et al*, Southern District of New York, 13-cv-04804;
- *Suquitana v. Pressler And Pressler, L.L.P.*, District of New Jersey, 14-cv-03540;
- *Edwards v. Wolf Haldenstein Adler Freeman & Herz LLP,* Southern District of New York, 14-cv-07348;
- *Ilardi v. The Law Office of Kevin Z. Shine, PLLC* et al, Eastern District of New York, 15-cv-0352;
- *Warren v. James C. Bender & Associates et al*, Southern District of New York, 14-cv-05976;
- *Berkley v. Gross*, Southern District of New York, 14-cv-08737;
- *Mulvihill v. Rosicki, Rosicki & Associates, P.C.*, Southern District of New York, 14-cv-00533;
- *Springer v. Arrowood Indemnity Company et al*, Southern District of New York, 15-cv-08862;
- *Bortnick v. Schachter Portnoy, L.L.C. et al*, Southern District of New York, 15-cv-01499;
- *Matthews v. Hyundai of Rockland LLC et al*, Southern District of New York, 15-cv-00377;
- *Edwards v. Parker Jewish Institute for Health Care & Rehabilitation and Wolf Haldenstein Adler Freeman & Herz LLP*, Southern District of New York, 14- 07348;
- *Lopez v. West Nyack Motor Cars, LLC d/b/a Kia of West Nyack*, Supreme Court Rockland County, 15-cv-00377 035938/2017;
- *Richter v. Arcadia Recovery Bureau, LLC*, Southern District of New York, 17-cv-9500;
- *Richter v. Portfolio Recovery Associates, LLC*, Southern District of New York, 18-cv-08765;
- *Frank v. Action Nissan, Inc.*, Supreme Court Rockland County, 15-cv-00377 035318/2018;
- *Berkley v. Scott D. Gross, a/k/a and/or d/b/a The Law Offices of Scott D. Gross*, Southern District of New York, 14-CV-8737;
- *Kymbre Deans v. O'Reilly, Marsh & Corteselli P.C.* Eastern District of New York 19-CV-03055;
- *Goldberg v. Kirschenbaum & Phillips, P.C., Galaxy Portfolios, LLC and Elite Recovery Services Inc.*, Southern District of New York, 18- 05629;

- *Ellis v. Crystal Bay Imports Ltd. d/b/a Acura of Brooklyn and Acura Financial Services, a d/b/a of American Honda Finance Corporation*, Eastern District of New York, 18-cv-04177;
- *Wollensky V. Investinet, LLC*; Supreme Court of the State of New York, Nassau County, 600222/2022;
- *Amanda Badia v. A&R Service Center Inc. d/b/a A&R Auto Sales et al*, Supreme Court of the State of New York, Putnam County, 501032/2022;
- *Calixmarie Guzman Cardec v. On The Road Automotive Group Inc*., et al, Supreme Court of the State of New York, Bronx County, 817003/2021E;
- *Eichele v. Orange County BMW et al*, Southern District of New York, 21-cv-02870;
- *Sylvestre v. JS North Shore Motors, LLC*, Eastern District of New York, 20-cv-05968;
- *Nathaniel Mohammed v. CLF Northern Jersey Auto Sales Inc d/ba/ Mahwah*, AAA - Case 01-22-0002-6244;
- *Stallone v. Financial Business And Consumer Solutions, Inc*. et al, Supreme Court of the State of New York, Rockland County, 031975/2022;
- *Johnson v. Law Offices Of Stern & Stern,* P.C., Supreme Court of the State of New York, Nassau County, 600217/2022;
- *Ali v. Luxury Motor Club Inc. et. al.*, Eastern District of New York, 21-cv-05106;
- *Watkis v. N.R. Automotive, Inc. dba New Rochelle Toyota* et al, Supreme Court Westchester County, 70229/2018;
- *Mobley v. Fordham Auto Sales, Inc. et al*, Southern District of New York, 20-cv-06436;

10.    Additionally, I have represented and defended many consumers in other consumer cases throughout the states of New York and New Jersey.

11.    In addition to the cases I have litigated in court, I have successfully negotiated settlements of numerous disputes for consumers out of court in mediation and arbitration.

12.    In the matter of *Maas v. Spencer Leasing Corp. et al*, Eastern District of New York, 12-cv-02951 (the "Maas Case"), I was awarded fees at $300 per hour by the United States District Court for the Eastern District of New York for work performed in 2012 and 2013.

13.    In the matter of *Keith Palmisano et al v. Frontline Auto Sales, Inc.*, American Arbitration Association, Case 01-21-0002-3892 (the "Palmisano Case"), I was awarded fees at $450 by the Arbitrator.  The award in the Palmisano Case was later affirmed by the Supreme Court of the State of New York, Suffolk County, Index No.: 207958/2022.

**B.  Attorney's Fees and Costs Requested**

14.    I expended a total of 29.0 hours performing legal services in this matter. *See* Rothfarb Declaration, Exhibit G.

15.    Based on my knowledge of the market rates in the community for attorneys of similar skill and reputation, I seek attorney's fees at the reasonable hourly rate of $325 per hour.

16.    The lodestar calculation of attorney fees for my time expended is 29.0 hours x $325/hour = $9,425.00.

17.    These requested attorney's fees were reasonable and necessary to litigation in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 26, 2023

_____
         **ROBERT J. NAHOUM**