UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
SHAUL LEVY,

                        Plaintiff,                    **ORDER**

        -against-                                     17 Civ. 4022 (NSR)(JCM)

LAW OFFICES OF J. HENRY NIERMAN,
*et al.*,

                        Defendants.
-------------------------------------------------------x

      On June 26, 2023, Defendants filed their Findings of Fact and Conclusions of Law,

(Docket No. 109-1). If Plaintiff wishes to respond to the standing argument raised by

Defendants, (see Docket No. 109-1 at 9-13), he must do so by July 28, 2023.

Dated:   July 24, 2023
         White Plains, New York

                                    **SO ORDERED:**

                                    _____
                                    JUDITH C. McCARTHY
                                    United States Magistrate Judge