UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

Shaul Levy,

                            Plaintiff,

-against-

Law Office of J. Henry Nierman;
J. Henry Nierman; Recovery
Judgment, LLC,

                            Defendant(s).

----------------------------------------x

**DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1)**

**17 CV 04022**

        **PLEASE TAKE NOTICE** that the undersigned, Arthur Sanders, Esq., counsel for defendants Law Office of J. Henry Nierman, J. Henry Nierman and Recovery Judgment, LLC, shall apply to the United States District Court, Southern District of New York, Honorable Nelson S. Román, for an Order entering judgment on the pleadings, pursuant to the Federal Rules of Civil Procedure 12(b)(1), in favor of defendants and against the plaintiff.

        **PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the Memorandum of Law, with exhibit attached, which is incorporated herein by reference as if set forth in full.

Dated:   New City, NY
           February 19, 2024

                                                     ARTHUR SANDERS, ESQ. (AS1210)
                                                     BARRON & NEWBURGER, P.C.
                                                     Attorneys for defendant
                                                     30 South Main Street
                                                     New City, NY  10956
                                                     845-499-2990