# EXHIBIT A

| Date | Staff | Hours | Activity | Comments |
|---|---|---|---|---|
| 1/22/2024 | Schlanger, Daniel A. | 0.2 | Confer | confer with ESR re briefing |
|  |  |  |  |  |
| 7/24/2023 | Rothfarb, Evan S. | 0.5 | Review | review of ECF Order re: supplemental briefing on standing, Defendants' submissions and inquest transcript re: shifting positions on standing |
| 7/25/2023 | Rothfarb, Evan S. | 2.5 | Research | caselaw research on standing developments post-Trans Union v. Ramirez |
| 7/26/2023 | Rothfarb, Evan S. | 0.5 | Edit/Revise | revised extension to submit supplemental brief on standing and filed same |
| 7/27/2023 | Rothfarb, Evan S. | 0.2 | Review | review of ECF Order granting extension to submit supplemental brief on standing; confer w/paralegals re: revising calendar to schedule |
| 7/31/2023 | Rothfarb, Evan S. | 3.5 | Draft | began composition of supplemental brief on standing to MJ |
| 7/31/2023 | Rothfarb, Evan S. | 4.5 | Research | continued research on new cases addressing standing |
| 8/1/2023 | Rothfarb, Evan S. | 6.5 | Draft | continued draft of supplemental briefing on standing |
| 8/2/2023 | Rothfarb, Evan S. | 2.5 | Research | cross-checked all cases cited by Defendants and all cases cited in Plaintiff supplemental brief for opposing authorities |
| 8/2/2023 | Rothfarb, Evan S. | 12.0 | Edit/Revise | revised, finalized and filed supplemental brief in support of standing |

| | | | | |
|---|---|---|---|---|
| 8/10/2023 | Rothfarb, Evan S. | 0.2 | Review | review of MJ ECF Order holding inquest determination in abeyance and referring standing issue back to DJ and second MJ ECF Order denying motion for attorneys' fees w/o prejudice |
| 8/10/2023 | Rothfarb, Evan S. | 0.5 | Confer | review of inquest transcript, MJ ECF Order and submissions showing inconsistent positions re standing argument and confer w/DS re: same |
| 8/18/2023 | Rothfarb, Evan S. | 1.0 | Review | review of letter request to file MTD by Defendants and cases cited |
| 8/22/2023 | Rothfarb, Evan S. | 0.5 | Draft | drafted and filed letter to DJ requesting extension to oppose pre-MTD letter by Defendants |
| 8/25/2023 | Rothfarb, Evan S. | 0.1 | Review | review of ECF Order granting extension to oppose pre-MTD letter |
| 8/29/2023 | Rothfarb, Evan S. | 2.0 | Research | review of recent caselaw developments re: standing and FDCPA injuries |
| 8/29/2023 | Rothfarb, Evan S. | 2.5 | Draft | drafted letter to DJ opposing D's pre-MTD request re: standing |
| 8/30/2023 | Rothfarb, Evan S. | 1.3 | Edit/Revise | revised, finalized, and filed opp to Defendants' pre-MTD re: standing |
| 9/1/2023 | Rothfarb, Evan S. | 0.2 | Review | review of DJ ECF Order directing Defendants to reply to opp to request to deny Defendants' pre-MTD letter re: standing and confer w/DS re: same |

| | | | | | |
|---|---|---|---|---|---|
| 9/6/2023 | Rothfarb, Evan S. | 0.5 | Confer | | confer w/OC re: Defendants' request for extension to file reply iso pre-MTD re: standing; review of filed extension request |
| 9/7/2023 | Rothfarb, Evan S. | 0.1 | Review | | review of DJ Order granting Defendants' extension to file Reply iso pre-MTD re: standing |
| 9/21/2023 | Rothfarb, Evan S. | 0.5 | Review | | review of D's Reply iso pre-MTD request re: standing and confer w/DS re: same |
| 9/28/2023 | Rothfarb, Evan S. | 0.0 | Review | | review of Order granting pre-MTD request re: standing and setting briefing schedule |
| 11/13/2023 | Rothfarb, Evan S. | 0.4 | Confer | | emails w/defense counsel re: D's request for extension to submit MTD |
| 11/20/2023 | Rothfarb, Evan S. | 0.2 | Review | | review of D's request for extension to submit opening MTD based on standing and Order granting amended briefing schedule |
| 12/4/2023 | Rothfarb, Evan S. | 0.5 | Confer | | review of briefing schedule and correspondence w/defense counsel re: failure to timely serve opening brief |
| 12/6/2023 | Rothfarb, Evan S. | 3.5 | Research | | comprehensive review of D's MTD re: standing and research of cases cited |
| 12/7/2023 | Rothfarb, Evan S. | 2.7 | Draft | | outlined opp to MTD based on standing |
| 12/13/2023 | Rothfarb, Evan S. | 2.5 | Research | | review of recent FDCPA standing case developments and regulatory guidance |
| 1/4/2024 | Rothfarb, Evan S. | 5.5 | Research | | broad research on all FDCPA standing case law post-Trans Union v. Ramirez |

| 1/15/2024 | Rothfarb, Evan S. | 6.8 | Draft | began composition of opp to MTD based on standing |
|---|---|---|---|---|
| 1/16/2024 | Rothfarb, Evan S. | 2.5 | Research | research on multiple bases for FDCPA standing |
| 1/16/2024 | Rothfarb, Evan S. | 7.5 | Draft | continued opp brief iso standing |
| 1/17/2024 | Rothfarb, Evan S. | 3.5 | Research | researched recent cases supporting finding of standing |
| 1/17/2024 | Rothfarb, Evan S. | 6.0 | Draft | continued draft of opp to MTD based on standing |
| 1/18/2024 | Rothfarb, Evan S. | 0.4 | Confer | correspondence w/OC re: timing of opp brief & late receipt of opening brief; agreement to additional day |
| 1/18/2024 | Rothfarb, Evan S. | 7.5 | Edit/Revise | revisions to Plaintiff MOL in support of standing |
| 1/19/2024 | Rothfarb, Evan S. | 8.5 | Edit/Revise | finalized opp to MTD based on standing and submitted to OC |
| 1/22/2024 | Rothfarb, Evan S. | 0.0 | Confer | confer w/DS re: status of standing briefing |
| 1/30/2024 | Rothfarb, Evan S. | 0.3 | Confer | emails w/defense counsel re: D's request for add'l extension to file reply iso MTD based on standing |
| 2/6/2024 | Rothfarb, Evan S. | 0.3 | Review | review of D's letter requesting extension to file reply iso standing and Order granting extension |
| 2/19/2024 | Rothfarb, Evan S. | 0.2 | Confer | confer w/AF re: status briefs - not yet filed by defense counsel |
| 2/19/2024 | Rothfarb, Evan S. | 1.0 | Review | review of reply and all filed briefs and exhibits re: MTD based on lack of standing |
| 5/20/2024 | Rothfarb, Evan S. | 0.5 | Review | review of Opinion and Order denying MTD for lack of standing; confer w/DS re: same |

| | | | | |
|---|---|---|---|---|
| 5/28/2024 | Rothfarb, Evan S. | 0.1 | Review | review of MJ ECF Order re: Status Conference |
| 5/29/2024 | Rothfarb, Evan S. | 0.7 | Draft | confer w/defense counsel re: adjournment; draft and file request to adjourn Status Conference; review of Order cancelling Status Conference and setting supplemental submission schedule |
| 6/6/2024 | Rothfarb, Evan S. | 2.5 | Draft | draft supplemental declaration iso additional attorneys' fees, including review of all time incurred and removal of non-compensable time |
| 6/12/2024 | Rothfarb, Evan S. | 1.3 | Edit/Revise | revised submission iso supplemental attorneys' fees |

**Summary**

| Team Member | Hours | Rate | Total |
|---|---|---|---|
| Daniel A. Schlanger | 0.2 | $ 450.00 | $ 90.00 |
| Evan S. Rothfarb | 107.0 | $ 450.00 | $ 48,150.00 |
| **Total** | **107.2** | | **$ 48,240.00** |