B&N File # 15796.0AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (White Plains)
=====================================  :
SHAUL LEVY,                            :
                                       :     7:17-cv-04022-NSR-JCM
   Plaintiff,                          :
                                       :
   vs.                                 :
                                       :
LAW OFFICES OF J. HENRY NIERMAN,       :
J. HENRY NIERMAN AND RECOVERY OF       :
JUDGMENT, LLC                          :
                                       :
   Defendants.                         :
=====================================  :

## NOTICE OF APPEARANCE

Mitchell L. Williamson hereby enters his appearance

on behalf of Defendants,

Law Offices of J. Henry Nierman, J. Henry Nierman, and Recovery of Judgment LLC

Dated: June 17, 2024        **Barron & Newburger, P.C.**

      _s/Mitchell L. Williamson_
Mitchell L. Williamson, Esq.
458 Elizabeth Ave - Suite 5371
Somerset, N.J. 08873
Phone: (732) 328-9480
mwilliamson@bn-lawyers.com
Attorneys for Defendants
**Law Offices of J. Henry Nierman, J. Henry Nierman, and Recovery of Judgment LLC**