

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

July 11, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/12/2024
```

Hon. Nelson S. Román
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

RE: Levy v. Law Offices of J. Henry Nierman, J. Henry Nierman & Recovery of Judgment, LLC
17-CV-04022

Dear Judge Román:

As you know, this office represents the defendants in the above-captioned matter. A Report and Recommendation was rendered by Magistrate McCarthy on July 3, 2024 (Doc. 154) and the deadline to object to the Report and Recommendation would be July 17, 2024.

This letter is written to request a two-week extension of time, to July 31, 2024, to file objections to the Report and Recommendation.

I spoke with Daniel Schlanger, counsel for the plaintiff and he does not object to this request.

I am currently in the process of discussing options with my client and we have not yet concluded those discussions. In addition, I will be out of the office for the next few days and will need sufficient time to file the objections, if we decide to do so.

This is a first request for an extension of time.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders

as/ctw

**MEMO ENDORSED**

The Court GRANTS the consented-to extension. Defendants have until July 31, 2024 to file objections to Judge McCarthy's Report and Recommendation (ECF No. 154). This is the sole extension of time to file objections that the Court will be granting the Defendants. The Clerk of Court is kindly requested to terminate the motion at ECF No. 155.

Dated: July 12, 2024
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Cell: (845) 548-2213 | Fax: (845) 499-2992 | 30 South Main Street | New City, NY 10956 | bn-lawyers.com