**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHAUL LEVY,

                 Plaintiff,
   -against-                                          17 **CIVIL** 4022 (NSR)

## **JUDGMENT**

LAW OFFICES OF J. HENRY NIERMAN, J.
HENRY NIERMAN, AND RECOVERY OF
JUDGMENT, LLC,

                 Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 24, 2024, the Court has adopted Judge McCarthy's R&R in its entirety. Judgment is entered as follows: Plaintiff is awarded $8,000.00 in actual damages, $500.00 in statutory damages, $103,214.37 in attorney's fees, and $5,924.87 in costs, for a total award of $117,639.24; accordingly, the case is closed.

**Dated:** New York, New York

      September 24, 2024

                                                            **DANIEL ORTIZ**
                                                       **Acting Clerk of Court**

                                     **BY:**     *K. Mango*

                                                          **Deputy Clerk**